1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7   RON STEPHEN REDHEAD,
8                 Plaintiff,              Case No.  16-cv-03254-PJH
9        v.
                                          **ORDER OF REFERAL AS TO**
10  MERCY HOUSING,                        **WHETHER CASES ARE RELATED**
11                Defendant.
12
13       In the course of reviewing plaintiff Ron Stephen Redhead's application to proceed

14  in forma pauperis, it has come to the attention of the court that this case may be related

15  to an earlier field case, Redhead v. Mercy Housing et al., No. 4:16-cv-0941 YGR.  Both

16  cases are based on Redhead's dispute with his neighbor Tim Giangiobbe at the

17  Madonna Residence (which is owned by Mercy Housing), as well as the property

18  manager Karen Zhou.  In both complaints, Redhead alleges that Giangiobbe has put

19  racist letters on his door and that Zhou has failed to stop this harassment and maintain a

20  safe environment at the residence.  Compare Complaint, No. 4:16-cv-0941 YGR, at p. 2–

21  3 (Giangiobbe "le[ft] racist letters and notes on an African American in his place of

22  residence"; Zhou "allow[ed] this" and "allowed [drug dealers] to roam freely") with

23  Complaint, No. 4:16-cv-3254 PJH, at p. 2–3 (Giangiobbe "has put racist and insulting

24  letters on my apartment door"; Zhou "has allowed and supported Tim Giangiobbe" and

25  "failed . . . to keep me and all residents safe").  Plaintiff's recent motion to "consider

26  whether cases should be related" appears to acknowledge that the current filing relates to

27  the same dispute as the earlier case, although he filed said notice in this case and not the

28  lowest-numbered case as required by Local Rule 3-12(b).  See Dkt. 4.

United States District Court
Northern District of California

1
2
3

Judge Gonzalez Rogers dismissed the prior case without leave to amend on June 6, 2013. <u>See</u> Order Granting Motions to Dismiss Without Leave to Amend, Dkt. 27, No. 4:16-cv-0941 YGR. This case was filed one week later.

4
5
6
7

Local Rule 3-12(c) provides that when "a Judge believes that a case pending before that Judge is related to another case, the Judge may refer the case to the Judge assigned to the lowest-numbered case with a request that the Judge assigned to the lowest-numbered case consider whether the cases are related."

8
9
10

Accordingly, pursuant to Local Rule 3-12(c), the court REFERS this action to the Honorable Yvonne Gonzalez Rogers for a determination of whether this action is related to <u>Redhead v. Mercy Housing et al.</u>, No. 4:16-cv-0941 YGR.

11
12

**IT IS SO ORDERED.**

13

Dated: June 22, 2016

14
15
16

_____
PHYLLIS J. HAMILTON
United States District Judge

17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California