UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RON STEPHEN REDHEAD,

    Plaintiff,

    v.

MERCY HOUSING,

    Defendant.

Case No. 16-cv-03254-PJH

**ORDER OF DISMISSAL**

Re: Dkt. Nos. 2, 5, 6

On June 21, 2016, pro se plaintiff Ron Stephen Redhead made a "motion to dismiss without prejudice." Dkt. 6. Although basis of the motion is not entirely clear, the court construes the filing as a request to dismiss the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dismissal without prejudice is proper as the defendant has not yet answered the complaint. Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, the case is DISMISSED, without prejudice. Plaintiff's motion to proceed in forma pauperis is VACATED as moot. The court's prior order referring this case to Judge Gonzalez Rogers is VACATED.

**IT IS SO ORDERED.**

Dated: June 23, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge