UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RON STEPHEN REDHEAD,

    Plaintiff,

    v.

MERCY HOUSING,

    Defendant.

Case No. 16-cv-03254-PJH

**JUDGMENT**

The court having dismissed this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(1),

    it is Ordered and Adjudged

    that plaintiff take nothing, and that the action be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: June 23, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge